COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause number: 01-15-00010-CV

Style: *Mark Thompson, Sr. v. Karen Smith*

Type of motion: Motion to clarify judgment

Party filing motion: Appellant

The motion to clarify judgment is **denied**. *See* Tex. R. App. P. 43.4 and Tex. R. Civ. P. 139.

Judge's signature: /s/ Jane Bland
Jane Bland, Justice
Acting individually

Panel consists of Justices Jennings, Keyes, and Bland.

Date: December 31, 2015.